UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON K. HUBERT,

     Plaintiff,                              Case No. 08-14802

-vs-                                   Hon. Patrick J. Duggan
                                         Magistrate:  R. Steven Whalen

OAKWOOD HEALTHCARE, INC.,
A Michigan Non-Profit Corporation,
PEROT SYSTEMS CORPORATION,
a Delaware corporation, PEROT
SYSTEMS REVENUE CYCLE
SOLUTIONS, INC., f/k/a ADVANCED
RECEIVABLES STRATEGY, INC.,
a Delaware corporation, jointly and severally,

     Defendants.

/

| | |
|---|---|
| Barry S. Fagan (P34275) | Jennifer L. Sabourin (P55720) |
| DIB, FAGAN and BRAULT, P.C. | Brian Schwartz (P69018) |
| Attorney for Plaintiff | Miller Canfield Paddock & Stone, PLC |
| 25892 Woodward Avenue | Attorney for Defendants |
| Royal Oak, MI  48067-0910 | 150 West Jefferson, Suite 2500 |
| (248) 542-6300 | Detroit, MI  48226-4415 |
| bfagan@dibandfagan.com | (313) 963-6420 |
| | sabourin@millercanfield.com |

/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

At a session of said Court held in
the City of Detroit, County of Wayne, State of Michigan
on April 7, 2009
PRESENT:  Hon. Patrick J. Duggan

This matter having come before the Court on the parties' Stipulated Order of Dismissal

With Prejudice and Without Costs or Attorney Fees, and the Court having read and filed said

Stipulation, and the Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the above

captioned matter shall be dismissed in its entirety with prejudice and without costs or attorney

fees to any party.

IT IS FURTHER ORDERED AND ADJUDGED that this Order completely resolves the

last pending claim and closes the case.

IT IS SO ORDERED.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  April 7, 2009
I hereby certify that a copy of the foregoing document was served upon counsel of
record on April 7, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager




STIPULATED AND AGREED TO BY:

s/Barry S. Fagan (w/consent)
Attorney for Plaintiff
25892 Woodward Avenue
Royal Oak, MI  48067-0910
(248) 542-6300
bfagan@dibandfagan.com
P34275


s/ Jennifer L. Sabourin
Miller, Canfield, Paddock and Stone, P.L.C.

-2-

Attorneys for Defendant
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
sabourin@millercanfield.com
P55720

DELIB:3058664.1\113877-00005